# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. DORAME,<br><br>                         Plaintiff,<br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                         Defendant. | Case No. 12cv391 BTM(PCL)<br><br>**ORDER RE: REQUEST TO VOLUNTARILY DISMISS** |

Plaintiff has filed a request to voluntarily dismiss this action. Plaintiff explains that she feels she will have a better chance re-filing in the administrative level. The Court cautions Plaintiff that it is possible that if she dismisses this case, she will be time-barred from seeking further judicial review of the final decision of the Commissioner that is the subject of this action. Under 42 U.S.C. § 405(g), judicial review must be sought within 60 days of a final decision of the Commissioner. The 60-day requirement is a statute of limitations. <u>Bowen v. City of New York</u>, 476 U.S. 467, 478 (1986).

If Plaintiff wishes to continue with this case, Plaintiff must file, within 20 days of the entry of this order, a notice that she is withdrawing her request for dismissal. The briefing schedule is **VACATED** and will be reset if Plaintiff proceeds with this action. If Plaintiff fails to withdraw her request for dismissal by July 22, 2012, judgment will be entered dismissing this case.

**IT IS SO ORDERED.**

DATED: July 3, 2012

*/s/ Barry Ted Moskowitz*
BARRY TED MOSKOWITZ, Chief Judge
United States District Court

1