# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. DORAME,<br><br>                              Plaintiff,<br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | Case No. 12cv391 BTM(PCL)<br><br>**ORDER RE: REQUEST TO VOLUNTARILY DISMISS** |

Plaintiff has filed a request to voluntarily dismiss this action.  Plaintiff explains that she feels she will have a better chance re-filing in the administrative level.  The Court cautions Plaintiff that it is possible that if she dismisses this case, she will be time-barred from seeking further judicial review of the final decision of the Commissioner that is the subject of this action.  Under 42 U.S.C. § 405(g), judicial review must be sought within 60 days of a final decision of the Commissioner.  The 60-day requirement is a statute of limitations.  Bowen v. City of New York, 476 U.S. 467, 478 (1986).

If Plaintiff wishes to continue with this case, Plaintiff must file, within 20 days of the entry of this order, a notice that she is withdrawing her request for dismissal.  The briefing schedule is **VACATED** and will be reset if Plaintiff proceeds with this action.  If Plaintiff fails to withdraw her request for dismissal by July 22, 2012, judgment will be entered dismissing this case.

**IT IS SO ORDERED.**

DATED:  July 3, 2012

BARRY TED MOSKOWITZ, Chief Judge
United States District Court

1